Case: 1:23−mj−00217  
Assigned To : Harvey, G. Michael  
Assign. Date : 8/18/2023  
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

On August 17, 2023, at approximately 11:05 AM, Investigator Nunez and other members of the Metropolitan Police Department's Criminal Apprehension Unit (CAU) were preparing to execute an arrest warrant in the 3500 block of 18th Street SE, Washington, D.C. While sitting in his vehicle, Investigator Nunez observed an individual later identified as Michael PLUMMER park his vehicle outside 3530 18th Street SE. Investigator Nunez was sitting in the driver's seat of a vehicle with an unobstructed view of PLUMMER. PLUMMER exited the driver's door of the vehicle and walked along the side of the vehicle to the rear. PLUMMER went to the rear of the car and as he stood at the rear of the car with the trunk open, Nunez observed a dark handgun fall to the ground by PLUMMER's feet. PLUMMER quickly retrieved it and placed it inside his pants. No one else was observed in or around the vehicle and no one else was next to PLUMMER when the firearm fell to the ground.

CAU members exited their vehicles, approached PLUMMER, detained him and conducted a protective patdown. During the patdown, Officer Kirkland Thomas felt an object consistent with a firearm in PLUMMER's right pocket area. An officer asked PLUMMER if he was a registered gun owner and PLUMMER answered "No." Officers recovered the firearm from PLUMMER's right compression shorts pocket.

PLUMMER was identified by his Maryland driver's license as MICHAEL PLUMMER.

A query of law enforcement databases reflected that PLUMMER was convicted in D.C. Superior Court Case No. 1997 FEL 000748 of First-Degree Murder and on October 8, 1998 sentenced to a term of imprisonment of thirty years to life imprisonment. Therefore, PLUMMER was aware that he had been convicted of an offense the maximum sentence for which is a term of imprisonment exceeding one year.

The firearm was identified as a Sig Sauer P365 SAS 9mm X19 with one round in the chamber and five rounds in a ten-round capacity magazine. The firearm was also equipped with a black laser light.

No firearms or ammunition are manufactured within the District of Columbia and therefore this

firearm and ammunition traveled in interstate commerce.

                                                Respectfully submitted,

                                                _____
                                                Apolinar Nunez
                                                Investigator
                                                MPD

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 18th, 2023.

                                              _____
                                              HONORABLE G. MICHAEL HARVEY
                                              UNITED STATES MAGISTRATE JUDGE